■ In the Matter of CUSTOM CRAFTS BY BULZOMI, Respondent, v STEPHEN G. FROMMER, Appellant.—In a proceeding pursuant to CPLR article 75 to confirm an arbitration award, the appeal is from a judgment of the Supreme Court, Nassau County (Kohn, J.), entered July 2, 1990, which, *inter alia*, granted the petition and confirmed the award.

Ordered that the judgment is affirmed, with costs.

Although the agreement entered into by the parties violated the provisions of General Business Law § 771 requiring, *inter alia*, that all home improvement general contracts involving an aggregate price in excess of $500 be set forth in a signed writing, the arbitration award allowing the petitioner a recovery in quantum meruit did not violate public policy *(see,* CPLR 7511 [b] [1]; *Matter of Board of Educ. v Arlington Teachers Assn.,* 78 NY2d 33; *Matter of Frank v McKenna Dev. Group,* 154 AD2d 674), since there was no dispute as to the existence of a contract between the parties *(see, Cohon & Co. v Russell,* 23 NY2d 569). Harwood, J. P., Balletta, Rosenblatt and Copertino, JJ., concur.